UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CURTIS HALL<br>    DOC #416496 | * <br> * | CIVIL ACTION NO. 2:15-cv-23<br>SECTION P |
| v. | * | JUDGE MINALDI |
| JAMES M. LeBLANC, ET AL | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 5) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Hall's civil rights complaint is **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Lake Charles, Louisiana, this 26 day of _____Jan_____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE